**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TEVIN JEROME GREER,

        Defendant.

Case No. 2:13-cr-00345-JAD-GWF

**ORDER**

    ECF No. 99

    Good cause appearing, IT IS ORDERED that the hearing on request to modify conditions/terms of supervised release currently scheduled for Monday, April 27, 2020 at 1:30 p.m., be vacated and continued to June 8, 2020, at the hour of 10:00 a.m.

    DATED this 23rd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

3