# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00345-JAD-GWF |
| Plaintiff, | **ORDER** |
| v. | ECF No. 104 |
| TEVIN JEROME GREER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the hearing on request to modify conditions/terms of supervised release currently scheduled for Monday, June 8, 2020 at 10:00 a.m., be vacated and continued to June 25th at 10:00 a.m.

DATED this 4th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE

3