**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TEVIN JEROME GREER,<br><br>    Defendant. | Case No. 2:13-cr-00345-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 110 |

IT IS THEREFORE ORDERED that the hearing on a petition for revocation of supervised release currently scheduled for Monday, July 27, 2020 at 1:30 p.m., be vacated and continued to August 18, 2020, at 11:00 a.m.

DATED this 24th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE