# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TEVIN JEROME GREER,<br><br>    Defendant. | Case No. 2:13-cr-00345-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 114 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the hearing on a petition for revocation of supervised release currently scheduled for Monday, November 23, 2020 at 10:00 a.m., be vacated and continued to December 29, 2020, at 2:00 p.m.

    DATED this 19th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE