# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TEVIN JEROME GREER,<br><br>　　　　Defendant. | Case No. 2:13-cr-00345-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 117 |

　　　Based on the parties stipulation and good cause appearing, IT IS ORDERED that the hearing on a petition for revocation of supervised release currently scheduled for Tuesday, December 29, 2020 at 2:00 p.m., be vacated and continued to January 14, 2021, at 11:00 a.m.

　　　DATED this 29th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE